[No. 12384. Department One. April 29, 1915.]

J. E. RANDOLPH, *Appellant,* v. EDWARD H. TOGUS *et al.,* *Respondents.*[1]

SALES—RESCISSION—FRAUD. Misrepresentations as to the value and present condition of a going business, inducing a purchase by one who is unfamiliar with the facts warrants a rescission.

Appeal from a judgment of the superior court for Spokane county, Kennan, J., entered May 11, 1914, upon granting a nonsuit, dismissing an action for rescission. Reversed.

*Geo. F. Cowan, Jr.* and *Richard B. Harris,* for appellant.

CHADWICK, J.—The facts in this case bring it within the rule announced in *Blum v. Smith,* 66 Wash. 192, 119 Pac. 183, and *Bunch v. McAulay,* 84 Wash. 473, 147 Pac. 33, and *Gillette v. Anderson, ante* p. 81, 147 Pac. 634.

Misrepresentation as to the value and present condition of a going business, inducing a purchase by one who is unfamiliar with the actual facts, is sufficient to warrant a rescission on the part of the purchaser.

The judgment of the court below is reversed and remanded for further proceedings.

MORRIS, C. J., PARKER, MOUNT, and HOLCOMB, JJ., concur.

[1]Reported in 148 Pac. 5.